IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 2:22-cr-00139-BHH |
| Plaintiff, | ) |
| vs. | ) |
| FREDRICK WENDELL MCCRAY, <br>   a/k/a "Dub," <br>TYRONE COX, <br>   a/k/a "T-Player," <br>LAJUSTIN WILLIAMS, <br>   a/k/a "Smurf," <br>TYRONE PETERSON, <br>   a/k/a "Pete," <br>TERRELL KURT MYERS, <br>   a/k/a "Relly Boy," <br>   a/k/a "Nut," <br>TYRONE WILSON, <br>   a/k/a "Mooch," <br>KEVIN WILLIAM DUKES, <br>   a/k/a "KD," <br>DEMETRIC GANTT, <br>   a/k/a "Meech," <br>KENNETH ROGER BROWN, <br>   a/k/a "Kenny G," <br>   a/k/a "Three," <br>CORNELIUS WALKER, <br>   a/k/a "Lil Black," <br>KENDRICK SMALLS, <br>   a/k/a "Ken Lo," | ) |
| Defendants | ) |

### GOVERNMENT'S SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Second Bill of Particulars regarding

1

property alleged in the Indictment filed February 22, 2022, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 18 U.S.C. § 922 and 924; and 21 U.S.C. §§ 841 and 846 charged in the Indictment filed February 22, 2022, the United States intends to seek the forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 18 U.S.C § 924(d)(1), 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

 A. <u>United States Currency</u>:

  (1) $2,785.00 in United States Currency
   Seized from Tyrone Wilson on 2/24/22
   Asset ID: 22-FBI-002189

  (2) $2,092.00 in United States Currency
   Seized from Lajustin Williams on 2/24/22
   Asset ID: 22-FBI-002184

  (3) $458.00 in United States Currency
   Seized from Kevin Dukes on 2/24/22
   Asset ID: 22-FBI-002143

  (4) $440.00 in United States Currency
   Seized from Fredrick McCray on 2/24/22
   Asset ID: 22-FBI-002138

  (5) $20,697.00 in United States Currency
   Seized from Tyrone Cox on 2/24/22
   Asset ID: 22-FBI-002128

 B. <u>Jewelry:</u>

  (1) Miscellaneous Jewelry

        Seized from Terrell Myers on 2/24/22
        Asset ID: 22-FBI-002254

    (2) Miscellaneous Jewelry
        Seized from Lajustin Williams on 2/24/22
        Asset ID: 22-FBI-002255

C. <u>Firearms</u>

    (1) Glock GMBH 19 Pistol
        CAL: 9mm    S/N: BBWC919
        Seized from Kendrick Smalls on 9/15/21
        Asset ID: 21-ATF-032968

    (2) Unknown Machine Gun
        Seized from Kendrick Smalls on 9/15/21
        Asset ID: 21-ATF-032970

    (3) Glock GMBH 26 Pistol
        CAL: 9mm    S/N: BTSR380
        Seized from Cornelius Walker III on 10/13/21
        Asset ID: 22-ATF-003582

    (4) Unknown Machine Gun
        Seized from Cornelius Walker III on 10/13/21
        Asset ID: 22-ATF-003587

    (5) Taurus PT92AFS Pistol
        CAL: 9mm    S/N: TDP27363
        Seized from Fredrick McCray Jr. on 2/24/22
        Asset ID: 22-ATF-014874

    (6) Taurus 856 Revolver
        CAL: 38    S/N: ABD443862
        Seized from Frederick McCray Jr. on 2/24/22
        Asset ID: 22-ATF-014879

    (7) Taurus PT111 G3 Pistol
        CAL: 9mm    S/N: AAM153692
        Seized from Terrell Myers on 2/24/22
        Asset ID: 22-ATF-014888

    (8) SCCY Industries, LLC. (SKYY IND) CPX-1 Pistol
        CAL: 9mm    S/N: 834888

        Seized from Demetric Gantt
        Asset ID: 22-ATF-014955

    (9) Glock GMBH 19 Pistol
        CAL: 9mm     S/N: BVHB658
        Seized from Clayton Thomas Jr. on 2/24/22
        Asset ID: 22-ATF-015006

    (10) Ruger EC9S Pistol
        CAL: 9mm    S/N: 453-85547
        Seized from Tyrone Cox on 2/24/22
        Asset ID: 22-ATF-015023

    (11) Taurus G2C Pistol
        CAL: 9mm     S/N: TMU99361
        Seized from Tyrone Cox on 2/24/22
        Asset ID: 22-ATF-015029

    (12) Charter Arms Undercover Revolver
        CAL: 38       S/N: 21L02626
        Seized from Lajustin Williams on 2/24/22
        Asset ID: 22-ATF-015046

    (13) SCCY Industries, LLC (SKYY IND) CPX-2 Pistol
        CAL: 9mm     S/N: 880267
        Seized from Kevin Dukes on 2/24/22
        Asset ID: 22-ATF-015076

    (14) Ruger Ruger 57 Pistol
        CAL: 57       S/N: 641-37440
        Seized from Fredrick McCray on 10/20/20
        Asset ID: 22-ATF-021269

D. <u>Ammunition</u>

    (1) 16 Rounds Assorted Ammunition
        CAL: 9mm
        Seized from Kendrick Smalls on 9/15/21
        Asset ID: 21-ATF-032972

    (2) 16 Rounds Assorted Ammunition
        CAL: 9mm
        Seized from Cornelius Walker III on 10/13/21
        Asset ID: 22-ATF-003589

(3) 7 Rounds Assorted Ammunition
   CAL: Multi
   Seized from Fredrick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014877

(4) 6 Rounds Hornady Ammunition
   CAL: 38
   Seized from Frederick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014881

(5) 19 Rounds Hornady Ammunition
   CAL: 38
   Seized from Frederick McCray Jr. on 2/24/22
   Asset ID: 22-ATF-014883

(6) 12 Rounds Federal Ammunition
   Cal: 9mm
   Seized from Terrell Myers on 2/24/22
   Asset ID: 22-ATF-014892

(7) 10 Rounds Federal Ammunition
   CAL: 9mm
   Seized from Demetric Gantt
   Asset ID: 22-ATF-014971

(8) 7 Rounds Hornady Ammunition
   CAL: 9mm
   Seized from Tyrone Cox on 2/24/22
   Asset ID: 22-ATF-015031

(9) 20 Rounds Winchester-Western Ammunition
   CAL: 40
   Seized from Tyrone Cox on 2/24/22
   Asset ID: 22-ATF-015034

(10) 5 Rounds Star Ammunition
   CAL: 38
   Seized from Lajustin Williams on 2/24/22
   Asset ID: 22-ATF-015054

(11) 12 Rounds Assorted Ammunition
   CAL: 38
   Seized from Lajustin Williams on 2/24/22

    Asset ID: 22-ATF-015056

(12) 10 Rounds Assorted Ammunition
  CAL: 9mm
  Seized from Kevin Dukes on 2/24/22
  Asset ID: 22-ATF-015084

(13) 17 Rounds FN (FNH) Ammunition
  CAL: 57
  Seized from Fredrick McCray on 10/20/20
  Asset ID: 22-ATF-021271

    Respectfully submitted,

    COREY F. ELLIS
    UNITED STATES ATTORNEY

BY: *s/Carrie Fisher Sherard*
    Carrie Fisher Sherard (#10134)
    Assistant United States Attorney
    United States Attorney's Office
    55 Beattie Place, Suite 700
    Greenville, South Carolina 29601
    Telephone: (864) 282-2111

April 22, 2022